UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              CASE NO. 1:06-CR-24

v.

                              HON. ROBERT HOLMES BELL

MONICA MANGO,

        Defendant.
        _____/

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #96). Based on a review of defendant's motion, the Sentence Modification Report, submissions by counsel on behalf of the defendant and the government, and the original criminal file, the Court has determined that the motion should be denied for the following reason(s):

Defendant was sentenced on June 13, 2007, to a term of custody of 60 months following her conviction for Distribution of 5 Grams or More of Cocaine Base contrary to 21 U.S.C. §841(a)(1), (b)(1)(B)(iii). On April 13, 2009, the Court granted the government's 35(b) motion and reduced defendant's term of custody to 48 months.

It appears from the Sentence Modification Report that defendant is enrolled in the Bureau of Prison's Residential Treatment Program, and that any further reduction in sentence

may interrupt her participation in that program.

The Court will **DENY** defendant's motion for reduction, believing that defendant's reintegration into society will be more successful if she serves the remainder of her present term of incarceration.


DATED:   February 1, 2010            /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    UNITED STATES DISTRICT JUDGE